NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WEPAY GLOBAL PAYMENTS LLC,**

*Plaintiff-Appellant*

**v.**

**PNC BANK, NATIONAL ASSOCIATION,**

*Defendant-Appellee*

---

2022-2268

---

Appeal from the United States District Court for the Western District of Pennsylvania in No. 2:22-cv-00592-MJH, Judge Marilyn J. Horan.

---

### **O R D E R**

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2    WEPAY GLOBAL PAYMENTS LLC v. PNC BANK, NATIONAL
ASSOCIATION

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

December 23, 2022
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** December 23, 2022